IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH LEON WOOD, | |
| Petitioner, | CIVIL ACTION NO. 3:CV-15-1409 |
| v. | (JUDGE CAPUTO) |
| C. MAIORANA, WARDEN, | (MAGISTRATE JUDGE CARLSON) |
| Respondent. | |

## ORDER

**NOW**, this 6th day of August, 2015, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 4) for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED**.

(2) The Clerk of Court shall transfer Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1404.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge